## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SEAN D. PRICE, | ) | CASE NO.: 8:10CV341 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **CONSENT TO EXERCISE OF** |
| | ) | **JURISDICTION BY A UNITED** |
| FIRST NATIONAL BUILDINGS, INC. and | ) | **STATES MAGISTRATE JUDGE** |
| FIRST NATIONAL OF NEBRASKA, | ) | **AND ORDER OF REFERENCE** |
| INC., | ) | |
| | ) | |
| Defendants. | ) | |

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States court of appeals for this circuit.

| **Signature of Attorney or Party** | **Name of Party** | **Date** |
|---|---|---|
| | For Sean D. Price, Plaintiff | 1/21/11 |
| | For First National Buildings, Inc. and First National of Nebraska, Inc. | 1/19/11 |

### ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable F.A. Gossett III, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and the foregoing consent of the parties.

January 21, 2011

/s/ Lyle E. Strom

---

Date

United States District Judge