IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SEAN D. PRICE, | ) | Case No. 8:10cv341 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| FIRST NATIONAL BUILDINGS, INC. | ) | |
| and FIRST NATIONAL OF | ) | |
| NEBRASKA, INC., | ) | |
| | ) | |
| Defendants. | ) | |

Upon notice of settlement given to the magistrate judge by Robert Rossiter, Jr., counsel for Defendant,

**IT IS ORDERED:**

1. On or before **September 14, 2011,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the undersigned magistrate judge, at gossett@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Rule 16 planning conference set for August 15, 2011, is cancelled upon the representation that this case is settled.

Dated this 15th day of August 2011.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge