# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SEAN D. PRICE, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV341 |
| | ) | |
| V. | ) | |
| | ) | |
| FIRST NATIONAL BUILDINGS, Inc., and FIRST NATIONAL OF NEBRASKA, Inc., | ) ) ) | JUDGMENT |
| | ) | |
| Defendants. | ) | |

Pursuant to the parties' stipulation for dismissal (filing 29) and Fed. R. Civ. P. 41,

**IT IS ORDERED** that the above-captioned case is dismissed with prejudice, with each party to pay its own attorneys' fees and costs.

**DATED September 7, 2011.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**